1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SALNICK,<br><br>                    Plaintiff,<br><br>       vs.<br><br>AMERON POLE PRODUCTS, LLC,<br><br>                    Defendant. | Case No. 2:17-cv-00359-CBM(JCx)<br><br>Hon. Consuelo B. Marshall<br><br>**ORDER RE: FURTHER STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**[Filed Concurrently with Further Stipulation To Continue Scheduling Conference and Declaration of Tarifa B. Laddon In Support of Further Stipulation To Continue Scheduling Conference]**<br><br>**Current Date:       July 25, 2017**<br>**New Proposed Date:  August 29, 2017**<br><br>Complaint Filed:    January 17, 2017 |

///

///

///

2:17-CV-00359-CBM (JCx)
ORDER RE: FURTHER STIPULATION TO
CONTINUE SCHEDULING CONFERENCE

## **ORDER**

The Court, having considered the Further Stipulation to Continue Scheduling Conference, HEREBY ORDERS that:

1. The COURT accepts and approves of the stipulation;
2. The scheduling conference currently scheduled for July 25, 2017 is taken off the calendar and continued to August 29, 2017, at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/18/2017

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE