Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff Gary Salnick*

Tarifa B. Laddon (SBN 240419)
tarifa.laddon@faegrebd.com
Amanda Semaan (SBN 293896)
amanda.semaan@faegrebd.com
FAEGRE BAKER DANIELS LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Tel:   310.500.2090
Fax:   310.500.2091

*Attorneys for Defendant Ameron Pole Products, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SALNICK, | **Case No. 2:17-CV-00359-CBM-JC** |
| Plaintiff, | **JOINT STATUS REPORT OF PARTIES PURSUANT TO COURT'S JUNE 27, 2018 ORDER GRANTING JOINT STIPULATION FOR ORDER TO STAY** |
| vs. | |
| AMERON POLE PRODUCTS, LLC, | Complaint Filed:  January 17, 2017 |
| Defendant. | |

Plaintiff Matt Salnick (Plaintiff" or "Salnick") and Defendant Ameron Pole Products, LLC ("Defendant" or "Ameron"), submit this Joint Status Report pursuant to the Court's Order Granting Joint Stipulation For Order to Stay (the "Stay Order") [Dkt. 37].

On June 14, 2018, the Court entered an Order staying this litigation pending

the resolution of Motions to Enter the [Proposed] Consent Decree in the following actions:

- *Gary Lunsford v. Arrowhead Brass Plumbing, et al.*, Case No. 2:16-cv-08373-PA-KS;
- *Luke Delgadillo Garcia v. Miller Castings, Inc.*, Case No. 2:17-cv-07408-AB-AGR;
- *Alfonso Lares v. Reliable Wholesale Lumber, Inc.*, Case No. 8:18-cv-00157-JLS-AGR;

The Stay Order required the parties to submit this status report by August 13, 2018.

On July 30, 2018, in *Luke Delgadillo Garcia v. Miller Castings, Inc.*, Case No. 2:17-cv-07408-AB-AGR, the Court (Birotte, J.) ordered the Plaintiff to file the Motion to Enter the Consent Decree by August 24, 2018.

On July 31, 2018, in *Alfonso Lares v. Reliable Wholesale Lumber, Inc.*, Case No. 8:18-cv-00157-JLS-AGR, the Court (Stanton, J.) ordered the Plaintiff to file the Motion to Enter the [Proposed] Consent Decree by August 21, 2018.

On August 3, 2018, in *Gary Lunsford v. Arrowhead Brass Plumbing, et al.*, Case No. 2:16-cv-08373-PA-KS, the Court (Anderson, J.) issued an Order granting in full, Plaintiff's Motion to Enter Consent Decree.  The Court found that the Consent Decree "is fair, reasonable, and equitable, and does not violate the law or public policy."  [Dkt. 67, a copy of which is attached as Exhibit 1, hereto].

The parties will update the Court upon resolution of the Motions to Enter in the remaining two matters referenced above or upon further Order of this Court.


Dated: August 13, 2018             BRODSKY & SMITH, LLC

                                   By: *s/ Evan J. Smith (SBN 242352)*
                                   Evan J. Smith

                                   *Attorneys for Plaintiff*

Dated: August 13, 2018                    FAEGRE BAKER DANIELS, LLP

                                          By: *s/Tarifa B. Laddon (SBN 240419)*
                                          Tarifa B. Laddon

                                          *Attorneys for Defendant*