UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 17-00359-CBM(JCx)                                      Date: August 24, 2018

Title    Matt Salnick v. Ameron Pole Products, LLC.

Present: The Honorable: CONSUELO B. MARSHALL, U.S. DISTRICT COURT JUDGE

| Kelly Davis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS)**

The Court is in receipt of the Status Report [39] filed on August 13, 2018. The Court Trial scheduled for August 28, 2018, is hereby vacated. The parties are instructed to file a Joint Status Report no later than September 24, 2018.

IT IS SO ORDERED.

:
**Initials of Preparer**   kd