1  Evan J. Smith, Esquire (SBN 242352)
   esmith@brodsky-smith.com
2  Ryan Cardona, Esquire (SBN 302113)
   rcardona@brodsky-smith.com
3  BRODSKY & SMITH, LLC
   9595 Wilshire Blvd., Ste. 900
4  Beverly Hills, CA 90212
   Telephone: (877) 534-2590
5  Facsimile:  (310) 247-0160

*Attorneys for Plaintiff Matt Salnick*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATT SALNICK, | Case No. 2:17-CV-00359-CBM-JC |
|---|---|
| Plaintiff, | **NOTICE OF SIGNED PROPOSED CONSENT DECREE AND 45-DAY FEDERAL AGENCY REVIEW PERIOD** |
| vs. | Complaint Filed: January 17, 2017 |
| AMERON POLE PRODUCTS, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to Local Rule 40-2 the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed consent decree by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day review period under 33 U.S.C. § 1365(c)). Such notice was

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

-1-
NOTICE OF SIGNED PROPOSED CONSETN DECREE AND 45-DAY FEDERAL AGENCY REVIEW PERIOD

mailed by certified mail return receipt requested to the agencies on December 10, 2018.  The Department of Justice has advised the parties that they received the proposed consent decree on December 19, 2018, and has requested the parties advise the Court that it is the DOJ's position that it has until January 28, 2019 to review the proposed consent decree.  If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.  Should there be no objection, within 7 days after the 45-day expiration period the parties intend to submit a stipulation to the entry of the consent judgment for the Court's consideration.

Should the Court require any additional information, the undersigned will provide it upon request.

Dated: December 20, 2018              Respectfully Submitted,

BRODSKY & SMITH, LLC

By:*s/ Evan J. Smith, Esquire*
Evan J. Smith, Esquire
esmith@brodskysmith.com
Ryan Cardona, Esquire
rcardona@brodskysmith.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff*

-2-
NOTICE OF SIGNED PROPOSED CONSETN DECREE AND 45-DAY FEDERAL AGENCY REVIEW PERIOD