MATTHEW R. OAKES
Attorney Advisor
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section
   Ben Franklin Station, P.O. Box 7415
   Washington, D.C. 20044
   (202) 514-2686
   (202) 514-4231 (fax)

Attorney for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Matt Salnick,<br><br>    Plaintiff,<br><br>v.<br><br>Ameron Pole Products, LLC,<br><br>    Defendant. | Case No. 2:17-CV-0359-CBM(JC)<br><br>MOTION TO EXTEND UNITED STATES' REVIEW PERIOD BASED ON LAPSE OF APPROPRIATIONS |

    The United States hereby moves for an extension of the United States' review period based on a lapse of appropriations.

    1.    Congress, in the Clean Water Act, requires parties settling citizen suit claims to submit any consent judgment to the United States Department of Justice and the United States Environmental Protection Agency, and provides a forty-five day review period.  33 U.S.C. § 1365(c)(3).

    2.    Pursuant to this provision, on December 12, 2018, parties to this action submitted a consent judgment for the United States' review.  The federal review period

1 is scheduled to end on January 28, 2018.

2. 3. At the end of the day on December 21, 2018, the appropriations act that had been funding the U.S. Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the U.S. Environmental Protection Agency. The Department of Justice does not know when funding will be restored.

4. Absent an appropriation, Department of Justice attorneys and EPA employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

5. This prohibition has prevented the Department of Justice and EPA from coordinating review of the parties consent judgment in this case.

6. The United States therefore requests an extension of our review period. Specifically, the United States requests that the review period end thirty-five days after the date when Congress has restored appropriations to the Department of Justice and its attorneys are permitted to resume their usual civil litigation functions.

7. If this motion is granted, undersigned counsel will notify the Court when funds have been appropriated for the Department.

8. Evan Jason Smith, plaintiff's counsel, and Amanda Semaan, defendant's counsel, have informed undersigned counsel their clients take no position with respect to this motion.

Respectfully submitted,

January 24, 2019.

United States Department of Justice

*/s/ Matthew R. Oakes*
MATTHEW R. OAKES
Attorney Advisor
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section

**PROOF OF SERVICE**

On this 24th day of January 2019, this MOTION TO EXTEND UNITED STATES' REVIEW PERIOD BASED ON LAPSE OF APPROPRIATIONS was served on counsel of record by electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of January 2019.

/s/ Matthew R. Oakes

Matthew R. Oakes, Attorney
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, D.C.  20044
(202) 514-2686