MATTHEW R. OAKES
Attorney Advisor
United States Department of Justice
Environment and Natural Resources Division
Law and Policy Section
    Ben Franklin Station, P.O. Box 7415
    Washington, D.C. 20044
    (202) 514-2686
    (202) 514-4231 (fax)

Attorney for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Matt Salnick,<br><br>    Plaintiff,<br><br>v.<br><br>Ameron Pole Products, LLC,<br><br>    Defendant. | Case No. 2:17-CV-0359-CBM(JC)<br><br>NOTICE of UNITED STATES' COMMENT REGARDING PROPOSED CONSENT DECREE |

    On December 12, 2018, the Citizen Suit Coordinator for the Department of Justice received a copy of the proposed settlement agreement in the above-referenced case for review pursuant to the Clean Water Act, 33 U.S.C. § 1365(c)(3). This provision provides, in relevant part:

> No consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator.

1   See also 40 C.F.R. § 135.5 (service on Citizen Suit Coordinator in the U.S. Department
2   of Justice).  A consent judgment that does not undergo this federal review process is at
3   risk of being void.  The United States 45 day review period was extended pursuant to
4   motion.
5        Through the course of review the United States notified the parties of concerns
6   two provisions contained in the settlement agreement.  We have engaged the parties in a
7   discussion regarding the United States' concerns, and the parties have agreed to amend
8   the problematic provisions.  The parties have not yet submitted an amended proposed
9   consent decree for the United States or the Court to review.

    Respectfully submitted,

    March 4, 2019.
                                          United States Department of Justice


                                          /s/ Matthew R. Oakes
                                          MATTHEW R. OAKES
                                          Attorney Advisor
                                          United States Department of Justice
                                          Environment and Natural Resources Division
                                          Law and Policy Section

**PROOF OF SERVICE**

On this 4th day of March 2019, this NOTICE of UNITED STATES' COMMENT REGARDING PROPOSED CONSENT DECREE was served on counsel of record by electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4th day of March 2019.

          */s/ Matthew R. Oakes*

          Matthew R. Oakes, Attorney
          United States Department of Justice
          Environment and Natural Resources Division
          Law and Policy Section
          P.O. Box 7415
          Washington, D.C.  20044
          (202) 514-2686