UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | **CV 17-0359-CBM(JCx)** |
| Date | APRIL 11, 2019 |

| | |
|---|---|
| Title | MATT SALNICK v. AMERON POLE PRODUCTS, LLC., |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that a joint status report must be filed by the parties to this action no later than ***MAY 10, 2019.***

IT IS SO ORDERED.

cc: all parties