Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff Matt Salnick*

Tarifa B. Laddon (SBN 240419)
tarifa.laddon@faegrebd.com
Amanda Semaan (SBN 293896)
amanda.semaan@faegrebd.com
FAEGRE BAKER DANIELS LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Tel:   310.500.2090
Fax:   310.500.2091

*Attorneys for Defendant Ameron Pole Products, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SALNICK,<br><br>                    Plaintiff,<br><br>vs.<br><br>AMERON POLE PRODUCTS, LLC,<br><br>                    Defendant. | **Case No. 2:17-CV-00359-CBM-JC**<br><br>**JOINT STIPULATION OF PARTIES FOR ORDER TO ENTER CONSENT DECREE AND DISMISS**<br><br>Complaint Filed: January 17, 2017 |

WHEREAS, on October 13, 2016, Plaintiff Matt Salnick ("Salnick") provided Defendant Ameron Pole Products, LLC ("Ameron") with a Notice of Violations and Intent to File Suit (the "Notice") under the Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on January 17, 2017, Salnick filed his Complaint against

1  Ameron in this Court, *Matt Salnick v. Ameron Pole Products, LLC*, Case No. 2:17-
2  cv-00359. Said Complaint incorporates by reference all of the allegations contained
3  in the Notice.

4  WHEREAS, Salnick and Ameron, through their authorized representatives
5  and without either adjudication of Salnick's claims or admission by Ameron of any
6  alleged violation or other wrongdoing, have chosen to resolve in full by way of
7  settlement the allegations of Salnick set forth in the Notice and Complaint, thereby
8  avoiding the costs and uncertainties of further litigation. A copy of the Consent
9  Decree entered into by and between Salnick and Ameron is attached hereto as
10 Exhibit 1 and incorporated by reference.

11 WHEREAS, on December 10, 2018, the parties submitted the [Proposed]
12 Consent Decree via certified mail, return receipt requested, to the U.S. EPA and the
13 U.S. Department of Justice ("DOJ").

14 WHEREAS, on March 3, 2019, upon the completion of the requisite 45-day
15 review period set forth at 40 C.F.R. § 135.5 the DOJ submitted a comment to the
16 [Proposed] Consent Decree requesting two minor revisions.

17 WHEREAS, the Parties revised the [Proposed] Consent Decree to reflect the
18 requested revisions, and thereafter, on March 19, 2019, provided the Revised
19 [Proposed] Consent Decree to the DOJ.

20 WHEREAS, on April 3, 2019, the DOJ, via e-mail, advised the Parties that it
21 had no objection to the entry of the Revised [Proposed] Consent Decree.

22 NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and
23 between the parties, that the Revised [Proposed] Consent Decree should be entered
24 by the Court. Further, the parties stipulate that Salnick's claims, as set forth in the
25 Notice and Complaint, should be dismissed with prejudice and, to that end, the
26 parties respectfully request an order from this Court dismissing such claims with
27 prejudice. Additionally, and in accordance with §§ II.C and VI.A of the Revised
28 [Proposed] Consent Decree, the Parties also request that this Court maintain

jurisdiction over the parties for two years from the date of the entry of the Revised [Proposed] Consent Decree (the "Termination Date"), for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Revised [Proposed] Consent Decree, or through the conclusion of any proceeding to enforce the Settlement Agreement initiated prior to the Termination Date, or until the completion of any payment or affirmative duty required by the Revised [Proposed] Consent Decree.

The parties further stipulate that the requested dismissal may be pled as a full and complete defense to, and may be used as the basis for an injunction against any lawsuit which may be filed in breach of the Revised [Proposed] Consent Decree.

Dated: April 16, 2019     BRODSKY & SMITH, LLC

By: *s/ Evan J. Smith (SBN 242352)*
Evan J. Smith

*Attorneys for Plaintiff*

Dated: April 16, 2019     FAEGRE BAKER DANIELS, LLP

By: *s/Tarifa B. Laddon (SBN 240419)*
Tarifa B. Laddon

*Attorneys for Defendant*