Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:   (310) 247-0160

*Attorneys for Plaintiff Matt Salnick*

Tarifa B. Laddon (SBN 240419)
tarifa.laddon@faegrebd.com
Amanda Semaan (SBN 293896)
amanda.semaan@faegrebd.com
FAEGRE BAKER DANIELS LLP
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Tel:   310.500.2090
Fax:  310.500.2091

*Attorneys for Defendant Ameron Pole Products, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SALNICK,<br><br>Plaintiff,<br>vs.<br><br>AMERON POLE PRODUCTS, LLC,<br><br>Defendant. | **Case No. 2:17-CV-00359-CBM-JC**<br><br>**FIFTH JOINT STATUS REPORT OF PARTIES**<br><br>Complaint Filed: January 17, 2017 |

Plaintiff Matt Salnick ("Plaintiff" or "Salnick") and Defendant Ameron Pole Products, LLC ("Defendant" or "Ameron"), submit this Joint Status Report in furtherance of the Court's November 26, 2018 Order lifting the stay of this litigation.

On December 10, 2018, Plaintiff submitted the Proposed Consent Decree to the to the government for its 45-day review period.

On December 20, 2018, Plaintiff filed a Notice of Signed Proposed Consent Decree and 45-Day Federal Agency Review Period [Dkt. 47], advising the Court of the resolution of the matter, the submission of the Proposed Consent Decree to the government and the intention of Plaintiff to submit the Consent Decree to the Court upon expiration of the 45-day review period.

On January 24, 2019, the government filed a Motion to Extend United States' Review Period Based on Lapse of Appropriations [Dkt. 48].

On January 25, 2019, the Court granted the government's Motion [Dkt. 49].

On March 4, 2019, the government advised the Court that it sought, and the parties agreed, to modification to two provisions of the Proposed Consent Decree [Dkt. 51].

On April 16, 2019, the parties submitted the Joint Stipulation for Order to Enter Consent Decree and Dismiss, and a Proposed Order [Dkt. 53].

The parties await the Court's Order.

Dated: May 13, 2019         BRODSKY & SMITH, LLC

By: *s/ Evan J. Smith (SBN 242352)*
Evan J. Smith

*Attorneys for Plaintiff*

Dated: May 13, 2019         FAEGRE BAKER DANIELS, LLP

By: *s/Tarifa B. Laddon (SBN 240419)*
Tarifa B. Laddon

*Attorneys for Defendant*