

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT SALNICK,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>AMERON POLE PRODUCTS, LLC,<br><br>　　　　　　　Defendant. | **Case No. 2:17-CV-00359-CBM-JC**<br><br>[~~PROPOSED~~] **ORDER TO ENTER CONSENT DECREE AND DISMISS**<br><br>Complaint Filed: January 17, 2017 |

　　　Good cause appearing, and the parties having stipulated and agreed,

　　　IT IS HEREBY ORDERED that the Revised [Proposed] Consent Decree is hereby GRANTED and the Court will enter it on the docket.

　　　IT IS FURTHER ORDERED that Plaintiff Matt Salnick's claims against Defendant Ameron Pole Products, LLC, as set forth in the Notice and Complaint filed in Case No. 2:17-cv-000359, are hereby dismissed with prejudice consistent with the terms of the Revised Consent Decree that is attached hereto as Exhibit 1.

　　　IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through two years from the date of the entry of the attached Revised Consent Decree (the "Termination Date"), for the sole purpose of resolving any

disputes between the parties with respect to any provision of the Revised Consent Decree, or through the conclusion of any proceeding to enforce the Revised Consent Decree initiated prior to the Termination Date, or until the completion of any payment or affirmative duty required by the Revised Consent Decree.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/14, 2019

_____
Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE